| | |
|---|---|
| Michael G. Miller (SBN 136491)<br>miller@perrylaw.net<br>Nicole M. Jaffee (SBN 255944)<br>jaffee@perrylaw.net<br><br>PERRY, JOHNSON, ANDERSON,<br>MILLER & MOSKOWITZ, LLP<br>438 1st Street, 4th Floor<br>Santa Rosa, California 95401<br>Telephone: (707) 525-8800<br>Facsimile: (707) 545-8242<br><br>Attorneys for Plaintiff<br>THOMAS R. KELLY | KATHERINE S. CATLOS (SBN 184227)<br>kcatlos@kdvlaw.com<br>BRANDON KAHOUSH (SBN 311560)<br>bkahoush@kdvlaw.com<br><br>KAUFMAN DOLOWICH & VOLUCK, LLP<br>425 California Street, Suite 2100<br>San Francisco, California 94104<br>Telephone: (415) 926-7600<br>Facsimile: (415) 926-7601<br><br>Attorneys for Defendants<br>WORTH HOLDINGS, LLC,<br>E.S. WEST COAST, LLC,<br>ENERGY SYSTEMS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| THOMAS R. KELLY<br><br>       Plaintiff,<br><br>    v.<br><br>WORTH HOLDINGS, LLC; E.S. WEST COAST, LLC individually and doing business as ENERGY SYSTEMS and DOES 1-20,<br><br>       Defendants. | Case No.: 3:17-cv-02466-EMC<br><br>Action Filed: March 28, 2017<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Date: December 8, 2017<br>Time: 2:00 p.m.<br>Courtroom: 5, 17th Floor<br>Judge: Hon. Edward M. Chen |

- 1 -
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**

USDC CASE NO. 3:17-CV-02466-EMC

1    This Stipulation is entered into by and among Plaintiff Thomas R. Kelly ("Plaintiff")
2    and Defendants E.S. West Coast, LLC dba Energy Systems and Worth Holdings, LLC
3    (collectively referred to as "Defendants"), by and through their respective counsel.
4    WHEREAS, on November 20, 2017, the Court entered a Notice (Docket Number 28)
5    continuing the Further Case Management Conference, initially set for December 7, 2017 to
6    December 8, 2017 at 2:00 p.m. in Courtroom 5;
7    WHEREAS, pursuant to the foregoing Notice, a Joint Case Management Statement is
8    currently due by December 1, 2017;
9    WHEREAS, Plaintiff's counsel, Michael G. Miller, has a scheduled deposition to
10   commence on December 8, 2017 at 9:00 a.m. in Santa Rosa in another matter which cannot be
11   rescheduled due to an upcoming trial date. The deposition will last at least six hours, which
12   would not allow enough time for Mr. Miller to travel to San Francisco for the Further Case
13   Management Conference on December 8, 2017;
14   WHEREAS, Mr. Miller and Defendants' counsel, Brandon Kahoush, are both
15   available to attend a Further Case Management Conference on December 21, 2017 at 1:30
16   p.m. in Courtroom 5;
17   WHEREAS the parties agree that the continuance of the Case Management
18   Conference and all related deadlines is necessary;
19   NOW, THEREFORE, pursuant to Local Rule 6-2(a), the Parties hereby stipulate and
20   agree, through their respective counsel, as follows:
21   1.   The December 8, 2017 Further Case Management Conference shall be taken off
22   calendar and rescheduled to December 21, 2017 at ~~1:30~~ 10:30 a.m. p.m., or another date that is
23   convenient to the Court.
24   2.   The deadline to file the Joint Case Management Conference shall be continued
25   to and including December 14, 2017.
26   ///
27   ///

- 2 -
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**

USDC CASE NO. 3:17-CV-02466-EMC

**IT IS SO STIPULATED**

DATED: November 27, 2017

| | |
|---|---|
| PERRY, JOHNSON, ANDERSON, MILLER & MOSKOWITZ, LLP | KAUFMAN DOLOWICH & VOLUCK, LLP |
| /s/ Michael G. Miller | /s/ Brandon Kahoush |
| Michael G. Miller | Brandon Kahoush |
| Attorneys for Plaintiff | Attorneys for Defendants |
| THOMAS R. KELLY | WORTH HOLDINGS, LLC, E.S. WEST COAST, LLC, ENERGY SYSTEMS |

**PURSUANT TO STIPULATION, IT IS SO ORDERED** (Revised above)

DATED: __11/27__, 2017  _____

UNITED STATES DISTRICT COURT JUDGE
HON. EDWARD M. CHEN

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

## **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Michael G. Miller, attest that concurrence in the filing of this Stipulation to Continue the Case Management Conference and related deadlines has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed this 27th day of November 2017 in Santa Rosa, California.


/s/ Michael G. Miller