Michael G. Miller (SBN 136491)
Nicole M. Jaffee (SBN 255944)
PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ, LLP
438 1st Street, 4th Floor
Santa Rosa, California 95401
Telephone: (707) 525-8800
Facsimile: (707) 545-8242

Attorneys for Plaintiff
THOMAS R. KELLY

KAUFMAN DOLOWICH & VOLUCK, LLP
KATHERINE S. CATLOS (SBN 184227)
kcatlos@kdvlaw.com
BRANDON KAHOUSH (SBN 311560)
bkahoush@kdvlaw.com
425 California Street, Suite 2100
San Francisco, California 94104
Telephone: (415) 926-7600
Facsimile: (415) 926-7601

Attorneys for Defendants
WORTH HOLDINGS, LLC,
E.S. WEST COAST, LLC,
ENERGY SYSTEMS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| THOMAS R. KELLY,<br><br>    Plaintiff,<br><br>v.<br><br>WORTH HOLDINGS, LLC; E.S. WEST COAST, LLC individually and doing business as ENERGY SYSTEMS and DOES 1-20,<br><br>    Defendants. | ) Case No.: 3:17-cv-02466-EMC<br>)<br>)<br>) Action Filed: March 28, 2017<br>)<br>)<br>) **STIPULATION TO EXTEND DEADLINE TO**<br>) **COMPLETE SETTLEMENT CONFERENCE**<br>) **AND [PROPOSED] ORDER**<br>)<br>) Trial Date: January 14, 2019<br>) Courtroom: 5, 17th Floor<br>) Judge: Hon. Edward M. Chen<br>) |

Plaintiff Thomas R. Kelly ("Plaintiff" or "Mr. Kelly") and Defendants E.S. West Coast, LLC dba Energy Systems ("E.S. West Coast") and Worth Holdings, LLC ("Worth Holdings") (collectively referred to as "Defendants") hereby submit this Joint Stipulation to Extend the Deadline to Complete Mediation, and the Proposed Order.

On April 24, 2018, the Parties were ordered to complete a settlement conference before July 25, 2018. On April 30, 2018, the Court set a telephonic Scheduling Conference on May 4, 2018 to set a date for the Scheduling Conference. Parties were to communicate with their clients regarding availability before the telephone conference and must provide firm dates which they and their clients could attend. On May 4, 2018, the Parties' attorneys appeared by telephone before United States Magistrate Judge Sallie Kim. Following discussion, the Parties agreed to July 6, 2018 as the settlement conference date. Subsequently, Defendants advised they were not available for July 6, 2018. The Parties then met and conferred to find additional dates to provide to the Court.

Several scheduling conflicts necessitate extending the deadline to complete the settlement conference beyond July 25, 2018. Specifically, Magistrate Judge Sallie Kim is in trial from July 10th through July 13th, is out on the weeks of July 16 and 23 and has her weekly calendar on Mondays, so she is unavailable on May 21, June 4, June 11, June 18, June 25, July 2, July 9, July 30, and August 6; of the dates when Judge Kim is available, Plaintiff and his counsel Michael Miller are available on July 11, July 13, July 30, August 2 and August 7, 2018 ; a key decision-maker from E.S. West Coast, LLC will be on vacation throughout the week of the Fourth of July; and Defense counsel has preexisting depositions that week as well; Defense counsel is also scheduled to begin a 7 to 10 day trial on July 16th; and.

Based on all of these scheduling conflicts, Judge Kim has rescheduled the settlement conference to August 7, 2018. Therefore, the Parties request an extension on the deadline to complete the Court ordered settlement conference from July 25, 2018 to August 7, 2018.

By signing this Stipulation to Extend the Deadline to Complete the Settlement Conference and [Proposed] Order, the counsel for each party listed below concur in its filing. This document is being filed through the Electronic Case Filing system by attorney Michael G. Miller. By his

signature, he attests that Plaintiff has obtained concurrence in the filing of this document from each counsel signing the stipulation, pursuant to Civil Local Rule 5-1.

DATED: May 30, 2018

| PERRY, JOHNSON, ANDERSON, | KAUFMAN DOLOWICH |
| MILLER & MOSKOWITZ, LLP | & VOLUCK, LLP |

/s/ Michael G. Miller_____          /s/ Brandon Kahoush_____
Michael G. Miller                                         Brandon Kahoush
Attorneys for Plaintiff                                 Attorneys for Defendants
THOMAS R. KELLY                                 WORTH HOLDINGS, LLC, E.S. WEST
                                                                    COAST, LLC, ENERGY SYSTEMS

**[PROPOSED] ORDER**

The above STIPULATION TO EXTEND THE DEADLINE TO COMPLETE SETTLEMENT CONFERENCE & PROPOSED ORDER is approved this case and all parties shall comply with its provisions. [In addition, the Court makes the further orders stated below:]

IT IS SO ORDERED.

DATED: May 31, 2018



_____
UNITED STATES DISTRICT COURT JUDGE
HON. EDWARD M. CHEN